IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GUILLERMO FABIAN-GRANADOS,<br><br>　　　　　*Petitioner*,<br><br>v.<br><br>BONDI, *et al.*,<br><br>　　　　　*Respondents*. | §<br>§<br>§<br>§<br>§　No. 1:25-CV-2068-DAE<br>§<br>§<br>§<br>§<br>§ |

ORDER

Before the Court is the status of the above-captioned case. On January 8, 2026, the Court granted Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt. # 2), and ordered Petitioner's release. (Dkt. # 7.) Federal Respondents advised that Petitioner was released on January 9, 2026. (Dkt. # 9.) Accordingly, this case is closed, and a final judgment will be rendered.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 25, 2026.

_____
David Alan Ezra
Senior United States District Judge

1